*(Attorney list on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC, Jason David Glidden, and Verlin Olen Dobkins,<br><br>Plaintiffs,<br><br>v.<br><br>N.R. Hamm Quarry, LLC,<br><br>Defendant. | No. 3:12-cv-02127-JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**SCHEDULING ORDER**<br>**AS MODIFIED HEREIN**<br>Judge: Jeffrey S. White |

Plaintiffs Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC ("BAS"), Jason David Glidden, and Verlin Olen Dobkins, and Defendant N.R. Hamm Quarry, LLC, by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on April 27, 2012, Plaintiffs filed a (i) complaint seeking a declaratory judgment that Defendant has waived its right to arbitrate against the Plaintiffs claims arising from its auction-rate securities purchases from BAS, and (ii) motion for a preliminary injunction seeking an order enjoining Defendant from prosecuting the arbitration styled *N.R. Hamm Quarry, LLC v. Merrill Lynch, Pierce, Fenner & Smith Incorporated, et al.*, FINRA Dispute Resolution Arbitration No. 12-00370 (the "Arbitration"), pending a final judgment in this action;

**WHEREAS**, Defendant agreed on May 4, 2012, to stay the Arbitration pending a final judgment on Plaintiffs' claim for a declaratory judgment that Defendant has waived its right to arbitrate;

**WHEREAS**, the parties have met and conferred regarding a schedule for Defendant to move, answer, or otherwise respond to the complaint;

**WHEREAS**, Defendant has indicated that it intends to move to dismiss the complaint;

**WHEREAS**, Plaintiffs have informed Defendant that they anticipate cross-moving for summary judgment when they oppose Defendant's motion to dismiss;

**WHEREAS**, the parties have agreed to discuss a schedule for the Court's approval relating to Plaintiffs' anticipated motion for summary judgment after the motion is filed; and

**WHEREAS**, this is the parties' first request for an extension of time.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, acting through their representative counsel, subject to this Court's approval, as follows:

1. Defendant shall move, answer, or otherwise respond to the complaint by June 22, 2012;

2. If Defendant moves to dismiss the complaint, (i) Plaintiffs shall file an opposition to Defendant's motion to dismiss by August 9, 2012, and (ii) Defendant shall file any reply in support of a motion to dismiss by September 14, 2012.

Dated: May 22, 2012

**O'MELVENY & MYERS LLP**

By: /s/ Robin M. Wall
Robin M. Wall, rwall@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Jonathan Rosenberg, jrosenberg@omm.com (*pro hac vice* application forthcoming)
B. Andrew Bednark, abednark@omm.com (*pro hac vice* application forthcoming)
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiffs*

**GIRARD GIBBS LLP**

By: /s/ Jonathan K. Levine
Daniel C. Girard, DCG@girardgibbs.com
Jonathan K. Levine, JKL@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, siegel@stuevesiegel.com (*pro hac vice* application forthcoming)
Rachel E. Schwartz, schwartz@stuevesiegel.com (*pro hac vice* application forthcoming)
Matthew L. Dameron, dameron@stuevesiegel.com (*pro hac vice* application forthcoming)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

*Attorneys for Defendant*

## Attestation

I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks above.

Dated: May 22, 2012

By: /s/ Robin M. Wall

Robin M. Wall, Attorney for Plaintiffs

1   **[PROPOSED] ORDER**

2   Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

3   1.  Defendant shall move, answer, or otherwise respond to the complaint by June 22, 2012;

5   2.  If Defendant moves to dismiss the complaint, (i) Plaintiffs shall file an opposition to Defendant's motion to dismiss by August 9, 2012, and (ii) Defendant shall file any reply in support of a motion to dismiss by September 14, 2012.

9   Dated: May 23, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

12  **It is FURTHER ORDERED that if Defendant moves to dismiss, it shall notice the hearing for Friday, October 26, 2012 at 9:00 a.m. The parties are admonished that pursuant to this Court's standing orders, briefs on motions to dismiss may not exceed fifteen (15) pages. Thus, if any party wishes to file an oversized brief, they must make a request showing good cause sufficiently in advance of the deadline by which that brief is due for the Court to make a ruling on the request.**