Daniel C. Girard (State Bar No.114826 )
 dcg@girardgibbs.com
Jonathan K. Levine (State Bar No. 220289)
 jkl@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

*Attorneys for Defendant*
*[Additional counsel appear on signature page]*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC, Jason David Glidden, and Verlin Olen Dobkins,<br><br>                              Plaintiffs,<br><br>      v.<br><br>N.R. Hamm Quarry, LLC,<br><br>                              Defendant. | No. 3:12-cv-02127-JSW<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER<br>AND CONTINUING HEARING DATE |

**STIPULATION**

Plaintiffs Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC ("BAS"), Jason David Glidden, and Verlin Olen Dobkins, and Defendant N.R. Hamm Quarry, LLC, by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on June 22, 2012, Defendant moved to dismiss Plaintiffs' complaint;

**WHEREAS**, on August 9, 2012, Plaintiffs filed their opposition to the motion to dismiss and cross-moved for summary judgment;

**WHEREAS**, Defendant's reply in support of its motion to dismiss must be filed by September 14, 2012;

**WHEREAS**, Defendant has requested certain limited discovery from Plaintiffs in connection with the cross-motion for summary judgment;

**WHEREAS**, the parties have met and conferred regarding the discovery requested by Defendant. At this time, the parties have reached an agreement regarding those requests, and agree to continue to discuss any additional discovery requests in an effort to avoid motion practice under Fed. R. Civ. P. 56(d);

**WHEREAS,** the parties have agreed on a briefing schedule regarding Plaintiffs' cross-motion for summary judgment; and

**WHEREAS**, this is the parties' first request for an extension of time with respect to the cross-motion for summary judgment.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by and through their representative counsel of record, subject to this Court's approval, as follows:

1. Defendant shall file its opposition to Plaintiffs' cross-motion for summary judgment (or, subject to satisfaction of Defendant's discovery requests, a Motion pursuant to Fed. R. Civ. P. 56(d)) by September 28, 2012;

2 Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 9, 2012; and

3. The hearing on Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment shall be rescheduled for November 16, 2012 or December 7, 2012 (the first available hearing date following the Thanksgiving holiday), at the Court's convenience.

Dated: August 28, 2012

**O'MELVENY & MYERS LLP**

By: ___/s/ B. Andrew Bednark_____

Robin M. Wall, rwall@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Jonathan Rosenberg, jrosenberg@omm.com (*pro hac vice*)
B. Andrew Bednark, abednark@omm.com (*pro hac vice*)
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiffs*

**GIRARD GIBBS LLP**

By: __/s/ Jonathan K. Levine_____
Daniel C. Girard, DCG@girardgibbs.com
Jonathan K. Levine, JKL@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, siegel@stuevesiegel.com (*pro hac vice* application forthcoming)
Rachel E. Schwartz, schwartz@stuevesiegel.com (*pro hac vice* application forthcoming)
Matthew L. Dameron, dameron@stuevesiegel.com (*pro hac vice* application forthcoming)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

*Attorneys for Defendant*

**Attestation**

I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks above.

Dated: August 28, 2012

By: __/s/ Jonathan K. Levine_____

Jonathan K. Levine, Attorney for Defendant

**[PROPOSED] ORDER**

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

1. Defendant shall file its opposition to Plaintiffs' cross-motion for summary judgment (or, subject to satisfaction of Defendant's discovery requests, a Motion pursuant to Fed. R. Civ. P. 56(d)) by September 28, 2012;

2. Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 2, 2012; and

3. The hearing on Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment shall be rescheduled for December 7, 2012.

Dated: August 29, 2012

_____
The Honorable Jeffrey S. White
United States District Judge