*(Attorney list on signature page)*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC, Jason David Glidden, and Verlin Olen Dobkins,<br><br>                  Plaintiffs,<br><br>    v.<br><br>N.R. Hamm Quarry, LLC,<br><br>                  Defendant. | No. 3:12-cv-02127-JSW<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

**STIPULATION**

Plaintiffs Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC ("BAS"), Jason David Glidden, and Verlin Olen Dobkins, and Defendant N.R. Hamm Quarry, LLC, by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on August 28, 2012, the parties submitted a stipulation and proposed order regarding the briefing schedule for Plaintiffs' cross-motion for summary judgment;

**WHEREAS**, the parties stipulated that (i) Defendant shall file its opposition to Plaintiffs' cross-motion for summary judgment (or, subject to satisfaction of Defendant's discovery requests, a Motion pursuant to Fed. R. Civ. P. 56(d)) by September 28, 2012; (ii) Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 9, 2012; and (iii) the hearing on Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment shall be rescheduled for November 16, 2012 or December 7, 2012 (the first available hearing date following the Thanksgiving holiday), at the Court's convenience;

**WHEREAS**, the proposed order accompanying the stipulation reflected the parties' agreement, except that it inadvertently stated that Plaintiffs would file their reply in support of the cross-motion for summary judgment by November 2, 2012, instead of November 9, 2012;

**WHEREAS**, on August 29, 2012, the Court executed the proposed order and scheduled the hearing in this matter on December 7, 2012;

**WHEREAS**, Plaintiffs' counsel are scheduled to appear for a two-day hearing in New York on another matter on December 5 and 6, 2012, and therefore request a brief adjournment of the December 7, 2012 hearing date the Court set in the August 29, 2012 order; and

**WHEREAS**, the parties respectfully submit this revised stipulation and proposed order, which (i) accurately reflects the date by which Plaintiffs shall file their reply in support of the cross-motion for summary judgment, and (ii) respectfully requests that the Court reschedule the hearing on Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment for December 14, 2012.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by and through their representative counsel of record, subject to this Court's approval, as

follows:

1. Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 9, 2012;

2. The hearing on Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment shall be rescheduled for December 14, 2012; and

3. The Court's August 29, 2012 order shall otherwise remain in full effect.

Dated: August 31, 2012

**O'MELVENY & MYERS LLP**

By: ___/s/ B. Andrew Bednark_____

Robin M. Wall, rwall@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Jonathan Rosenberg, jrosenberg@omm.com (*pro hac vice*)
B. Andrew Bednark, abednark@omm.com (*pro hac vice*)
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiffs*

**GIRARD GIBBS LLP**

By: ___/s/ Jonathan K. Levine_____
Daniel C. Girard, DCG@girardgibbs.com
Jonathan K. Levine, JKL@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel, siegel@stuevesiegel.com (*pro hac vice* application forthcoming)
Rachel E. Schwartz, schwartz@stuevesiegel.com (*pro hac vice* application forthcoming)
Matthew L. Dameron, dameron@stuevesiegel.com (*pro hac vice* application forthcoming)
460 Nichols Road, Suite 200

Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

*Attorneys for Defendant*

### Attestation

I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks above.

Dated: August 31, 2012

By: __/s/ B. Andrew Bednark_____

B. Andrew Bednark, Attorney for Plaintiffs

### [PROPOSED] ORDER

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

1. Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 9, 2012;
2. The hearing on Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment shall be rescheduled for December 14, 2012; and
3. The Court's August 29, 2012 order shall otherwise remain in full effect.

Dated: ~~August __, 2012~~
   September 4, 2012

_____
The Honorable Jeffrey S. White
United States District Judge