1   Robin M. Wall (S.B. # 235690)
    rwall@omm.com
2   **O'MELVENY & MYERS LLP**
    Two Embarcadero Center, 28th Floor
3   San Francisco, California 94111
    Tel: (415) 984-8700
4   Fax: (415) 984-8701

5

6   *Counsel for Plaintiffs*

7   *(Additional Counsel listed on signature page)*

8

9

10                  **UNITED STATES DISTRICT COURT**

11          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13

14   Merrill Lynch, Pierce, Fenner & Smith          No. 3:12-cv-02127-JSW
     Incorporated, as successor by merger to Banc of
15   America Securities LLC, Jason David Glidden,
     and Verlin Olen Dobkins,
16                                                   **STIPULATION AND [PROPOSED]**
                                                     **SCHEDULING ORDER**
17                        Plaintiffs,

18        v.                                         Date: December 14, 2012
                                                     Time: 9:00 A.M.
19   N.R. Hamm Quarry, LLC,                          Location: Courtroom 11, 19th Floor
                                                     Before: Hon. Jeffrey S. White
20                        Defendant.

21

22

23

24

25

26

27

28

**STIPULATION**

Plaintiffs Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to

Banc of America Securities LLC, Jason David Glidden, and Verlin Olen Dobkins, and

Defendant N.R. Hamm Quarry, LLC, by and through their respective counsel of record, hereby

stipulate as follows:

WHEREAS, under this Court's September 4, 2012 Order, (i) Plaintiffs shall file their reply in

support of the cross-motion for summary judgment by November 9, 2012; and (ii) the hearing on

Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment is on December 14,

2012;

WHEREAS, in light of recent disruptions caused by Hurricane Sandy, the parties have

conferred, and agreed to a modest extension of the time for Plaintiffs to file their reply in support of the

cross-motion for summary judgment; and

WHEREAS, IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs

and Defendant, acting through their representative counsel, subject to this Court's approval, as follows:

1.    Plaintiffs shall file their reply in support of the cross-motion for summary judgment by

November 14, 2012; and

2.    The Court's September 4, 2012 Order shall otherwise remain in full effect.

Dated: November 6, 2012

**O'MELVENY & MYERS LLP**

By: _____/s/ B. Andrew Bednark_____

Robin M. Wall (S.B. # 235690)
rwall@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Jonathan Rosenberg (S.B. # 1992890)
jrosenberg@omm.com (*pro hac vice*)
B. Andrew Bednark (S.B. # 4160362)
abednark@omm.com (*pro hac vice*)

1

1 | 7 Times Square
New York, New York 10036
2 | Tel: (212) 326-2000
3 | Fax: (212) 326-2061

4 | *Attorneys for Plaintiffs*

5 | **GIRARD GIBBS LLP**

6 | By: ___/s/ Jonathan K. Levine_____
7 | Daniel C. Girard (S.B. # 114826)
DCG@girardgibbs.com
8 | Jonathan K. Levine (S.B. # 220289)
JKL@girardgibbs.com
9 | 601 California Street, 14th Floor
San Francisco, CA 94108
10 | Telephone: (415) 981-4800
11 | Facsimile: (415) 981-4846

12 | **STUEVE SIEGEL HANSON LLP**
13 | Norman E. Siegel (S.B. # 44378)
siegel@stuevesiegel.com (*pro hac vice* application forthcoming)
14 | Rachel E. Schwartz (S.B. # 56241)
schwartz@stuevesiegel.com (*pro hac vice* application forthcoming)
15 | Matthew L. Dameron (S.B. # 52093)
16 | dameron@stuevesiegel.com (*pro hac vice* application forthcoming)
460 Nichols Road, Suite 200
17 | Kansas City, Missouri 64112
Tel: (816) 714-7100
18 | Fax: (816) 714-7101

19 | *Attorneys for Defendant*
20 |

21 | **Attestation**

22 |         I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of
23 | the parties listed in the signature blocks above.
24 | Dated: November 6, 2012
25 | By: ___/s/ B. Andrew Bednark_____
26 | B. Andrew Bednark, Attorney for Plaintiffs

27 |
28 |

STIPULATION AND [~~PROPOSED~~] ORDER
Case No. 3:12-CV-02127-JSW

1

**[PROPOSED] ORDER**

2    Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

3          1.      Plaintiffs shall file their reply in support of the cross-motion for summary judgment by

4                  November 14, 2012; and

5          2.      The Court's September 4, 2012 Order shall otherwise remain in full effect.

6

7

8    Dated: November _7_, 2012                    _____

                                                  The Honorable Jeffrey S. White
9                                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3