Robin M. Wall (S.B. # 235690)
rwall@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

*Counsel for Plaintiffs*

*(Additional Counsel listed on signature page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC, Jason David Glidden, and Verlin Olen Dobkins,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>N.R. Hamm Quarry, LLC,<br><br>　　　　　　　Defendant. | No. 3:12-cv-02127-JSW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Date: December 14, 2012<br>Time: 9:00 A.M.<br>Location: Courtroom 11, 19th Floor<br>Before: Hon. Jeffrey S. White |

# STIPULATION

Plaintiffs Merrill Lynch, Pierce, Fenner & Smith Incorporated, as successor by merger to Banc of America Securities LLC, Jason David Glidden, and Verlin Olen Dobkins, and Defendant N.R. Hamm Quarry, LLC, by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, under this Court's September 4, 2012 Order, (i) Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 9, 2012; and (ii) the hearing on Defendant's motion to dismiss and Plaintiffs' cross-motion for summary judgment is on December 14, 2012;

**WHEREAS**, in light of recent disruptions caused by Hurricane Sandy, the parties have conferred, and agreed to a modest extension of the time for Plaintiffs to file their reply in support of the cross-motion for summary judgment; and

**WHEREAS, IT IS THEREFORE STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, acting through their representative counsel, subject to this Court's approval, as follows:

1. Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 14, 2012; and

2. The Court's September 4, 2012 Order shall otherwise remain in full effect.

Dated: November 6, 2012

**O'MELVENY & MYERS LLP**

By: ___/s/ B. Andrew Bednark_____

Robin M. Wall (S.B. # 235690)
rwall@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

Jonathan Rosenberg (S.B. # 1992890)
jrosenberg@omm.com (*pro hac vice*)
B. Andrew Bednark (S.B. # 4160362)
abednark@omm.com (*pro hac vice*)

|   |   |
|---|---|
| 1 | 7 Times Square |
| 2 | New York, New York 10036 |
|   | Tel: (212) 326-2000 |
| 3 | Fax: (212) 326-2061 |
| 4 | *Attorneys for Plaintiffs* |
| 5 | **GIRARD GIBBS LLP** |
| 6 | By: __/s/ Jonathan K. Levine_____ |
| 7 | Daniel C. Girard (S.B. # 114826) |
|   | DCG@girardgibbs.com |
| 8 | Jonathan K. Levine (S.B. # 220289) |
| 9 | JKL@girardgibbs.com |
|   | 601 California Street, 14th Floor |
| 10 | San Francisco, CA 94108 |
| 11 | Telephone: (415) 981-4800 |
|   | Facsimile: (415) 981-4846 |

7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

*Attorneys for Plaintiffs*

**GIRARD GIBBS LLP**

By: __/s/ Jonathan K. Levine_____
Daniel C. Girard (S.B. # 114826)
DCG@girardgibbs.com
Jonathan K. Levine (S.B. # 220289)
JKL@girardgibbs.com
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel (S.B. # 44378)
siegel@stuevesiegel.com (*pro hac vice* application forthcoming)
Rachel E. Schwartz (S.B. # 56241)
schwartz@stuevesiegel.com (*pro hac vice* application forthcoming)
Matthew L. Dameron (S.B. # 52093)
dameron@stuevesiegel.com (*pro hac vice* application forthcoming)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

*Attorneys for Defendant*

## **Attestation**

I hereby attest that I have obtained concurrence in the filing of this Stipulation from all of the parties listed in the signature blocks above.

Dated: November 6, 2012

By: __/s/ B. Andrew Bednark_____

B. Andrew Bednark, Attorney for Plaintiffs

**[PROPOSED] ORDER**

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

1. Plaintiffs shall file their reply in support of the cross-motion for summary judgment by November 14, 2012; and

2. The Court's September 4, 2012 Order shall otherwise remain in full effect.

Dated: November 7, 2012

_____
The Honorable Jeffrey S. White
United States District Judge