IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>N.R. HAMM QUARRY, LLC,<br><br>  Defendant.<br>_____/ | No.  C 12-02127 JSW<br><br>**ORDER VACATING HEARING ON MOTIONS AND DIRECTING PARTIES TO SUBMIT JOINT STATEMENT RE MOTION TO DISMISS** |

The parties are scheduled to appear on December 14, 2012, for a hearing on Defendant's motion to dismiss, and Plaintiff's motion for summary judgment. The Court finds the motions suitable for disposition without oral argument, and it VACATES the hearing. *See* N.D. Civ. L.R. 7-1(b). The Court does, however, request a joint statement from the parties regarding Defendant's motion to dismiss.

Defendant has moved to dismiss, in part, on the basis that Plaintiff fails to state a claim under Rule 12(b)(6). Defendant has not, however, challenged the sufficiency of the pleadings, and its arguments are directed to the merits. Defendant also has not filed a declaration pursuant to Federal Rule of Civil Procedure 56(d). Accordingly, the Court requests that the parties file a joint statement by no later than December 14, 2012, setting forth their positions about wehther the Court can resolve the issue of waiver as a matter of law on the existing record.

**IT IS SO ORDERED.**

Dated: December 7, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE